AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

B-00-152

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/25/2000 |
| NAME OF SERVER (PRINT) Constable Juan B. Sanchez | TITLE Constable |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 136 East Stenger St. San Benito Texas 78586

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

United States District Court
Southern District of Texas
FILED
NOV 0 3 2000
Michael N. Milby
Clerk of Court

[ ] Returned unexecuted: ____

[ ] Other (specify): ____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45.00 | TOTAL 45.00 Pd. |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/2000       Juan B Sanchez
              Date             Signature of Server

136 East Stenger St. San Benito Tx. 78586
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.