6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-152 |
| | § | (Claim No. C100-03271) |
| LEONOR VASQUEZ, | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Leonor Vasquez has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Leonor Vasquez:

| | |
|---|---|
| Principal Balance: | $1,815.11 |
| Total Interest Accrued (As of April 19, 2000) | $ 733.80 |
| Attorney's Fees | $ 550.00 |
| | $3,098.91 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $3,098.91 |

Interest Rate:   8.00%
Daily Accrual: $0.40

Post-judgment interest at _6.052_% per annum.

Signed _12/19_, 2000, at Brownsville, Texas.

_____
United States District Judge